610

435 A.2d 649

Kauffman v. Kauffman, Appellant.

Submitted March 6, 1980.
Michael Johnston, for appellant; Lester H. Zimmerman, District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and MONTGOMERY, JJ.

The order of the lower court is affirmed.

435 A.2d 649

Kelly v. Kelly, Appellant.

Argued June 12, 1980. Frank B. Tracy, for appellant; Homer L. Lippard, for Commonwealth, appellee.

Before WICKERSHAM, WATKINS and LIPEZ, JJ.

Order of the lower court affirmed.